

**OKLAHOMA State Courts Network**

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

### IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| NIKOLE R COLLINS,<br>    Plaintiff,<br>v.<br>PEPSICO,<br>BOTTLING GROUP LLC<br>    Defendant. | No. CJ-2018-310<br>(Civil relief more than $10,000: WRONGFUL TERMINATION)<br><br>Filed: 01/23/2018<br><br>Judge: Nightingale, Rebecca B. |

## PARTIES

COLLINS, NIKOLE R, Plaintiff
PEPSICO, Defendant

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| INGLE, J DEREK (Bar #16509)<br>Boettcher Devinney Ingle & Wicker PLLC<br>2202 E 49TH ST., SUITE 600<br>TULSA, OK 74105 | COLLINS, NIKOLE R |

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.



Ex. D

Issue # 1.  Issue: WRONGFUL TERMINATION (TERMINATE)
Filed By: COLLINS, NIKOLE R
Filed Date: 01/23/2018

| Party Name | Disposition Information |
|---|---|
| **Defendant:** PEPSICO | |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 01-23-2018 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 01-23-2018 | TERMINATE | WRONGFUL TERMINATION | | | |
| 01-23-2018 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 01-23-2018 | PFE1 | PETITION<br>Document Available (#1039403494) TIFF PDF | | | $ 163.00 |
| 01-23-2018 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 01-23-2018 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 01-23-2018 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 01-23-2018 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 01-23-2018 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 10.00 |
| 01-23-2018 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.00 |
| 01-23-2018 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 01-23-2018 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |
| 01-23-2018 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | $ 0.23 |

Case 4:18-cv-00249-JED-FHM   Document 3-4 Filed in USDC ND/OK on 05/09/18   Page 3 of 7

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 01-23-2018 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | $ 0.75 |
| 01-23-2018 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.50 |
| 01-23-2018 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 01-23-2018 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 01-23-2018 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE NIGHTINGALE, REBECCA B. TO THIS CASE. | | | |
| 01-23-2018 | ADJUST | ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION | | | $ 5.81 |
| 01-23-2018 | ACCOUNT | ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:<br>CJ-2018-310: AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY -$0.25<br>CJ-2018-310: AC81 LENGTHY TRIAL FUND -$0.25<br>CJ-2018-310: AC79 OCIS REVOLVING FUND -$0.63<br>CJ-2018-310: AC67 DISTRICT COURT REVOLVING FUND -$0.07<br>CJ-2018-310: AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS -$0.02<br>CJ-2018-310: AC64 DISPUTE MEDIATION FEES CIVIL ONLY -$0.18<br>CJ-2018-310: AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND -$0.04<br>CJ-2018-310: AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES -$0.13<br>CJ-2018-310: AC31 COURT CLERK REVOLVING FUND -$0.05<br>CJ-2018-310: AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL -$0.15<br>CJ-2018-310: AC01 CLERK FEES -$4.04 | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 01-23-2018 | ACCOUNT | RECEIPT # 2018-3700683 ON 01/23/2018. PAYOR: JON INGLE TOTAL AMOUNT PAID: $ 232.14. LINE ITEMS: CJ-2018-310: $158.96 ON AC01 CLERK FEES. CJ-2018-310: $5.81 ON AC09 CARD ALLOCATIONS. CJ-2018-310: $5.85 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL. CJ-2018-310: $1.61 ON AC31 COURT CLERK REVOLVING FUND. CJ-2018-310: $4.87 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES. CJ-2018-310: $1.51 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND. CJ-2018-310: $6.82 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY. CJ-2018-310: $0.43 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS. CJ-2018-310: $2.41 ON AC67 DISTRICT COURT REVOLVING FUND. CJ-2018-310: $24.37 ON AC79 OCIS REVOLVING FUND. CJ-2018-310: $9.75 ON AC81 LENGTHY TRIAL FUND. CJ-2018-310: $9.75 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY. | | | |
| 02-15-2018 | NO | NOTICE OF ATTORNEY'S LIEN / CERTIFICATE OF SERVICE Document Available (#1039618398) TIFF PDF | | | |
| 04-25-2018 | SMF | SUMMONS FEE-3 | | | $ 30.00 |
| 04-25-2018 | ASMIA | ALIAS SUMMONS ISSUED MAILED BY ATTORNEY-3 | | | |
| 04-25-2018 | NO | NOTICE OF CHANGE OF ADDRESS Document Available (#1040170498) TIFF PDF | | | |
| 04-25-2018 | ADJUST | ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION | | | $ 0.75 |

Case 4:18-cv-00249-JED-FHM   Document 3-4 Filed in USDC ND/OK on 05/09/18   Page 5 of 7

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 04-25-2018 | ACCOUNT | ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:<br>CJ-2018-310: AC01 CLERK FEES -$0.75 | | | |
| 04-25-2018 | ACCOUNT | RECEIPT # 2018-3752998 ON 04/25/2018.<br>PAYOR: INGLE/JON TOTAL AMOUNT PAID: $ 30.00.<br>LINE ITEMS:<br>CJ-2018-310: $29.25 ON AC01 CLERK FEES.<br>CJ-2018-310: $0.75 ON AC09 CARD ALLOCATIONS. | | | |



IN THE DISTRICT COURT OF TULSA COUNTY DISTRICT COURT
STATE OF OKLAHOMA   **FILED**

FEB 15 2018

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

| | |
|---|---|
| NIKOLE R. COLLINS, | ) |
| Plaintiff, | ) Case No.: CJ-2018-310 |
| v. | ) |
| PEPSICO; | ) JUDGE REBECCA NIGHTINGALE |
| BOTTLING GROUP, LLC | ) |
| Defendant. | ) |

### NOTICE OF ATTORNEY'S LIEN

The law firm of E. Terrill Corley & Associates and E. Terrill Corley give notice of an attorney's lien claimed by E. Terrill Corley & Associates and E. Terrill Corley for fees and costs on any funds paid in resolution of this case pursuant to 5 O.S. §5-6.

Respectfully submitted,

By: _____
E. Terrill Corley, OBA #1915
**E. TERRILL CORLEY & ASSOCIATES**
1809 E. 15th Street
Tulsa, OK 74104
(918)744-6641
(918)747-4921 fax



1



## IN THE DISTRICT COURT OF TULSA COUNTY
## STATE OF OKLAHOMA

| | | |
|---|---|---|
| NIKOLE R. COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CJ-2018-00310 |
| v. | ) | |
| | ) | Judge Rebecca Nightengale |
| PEPSICO; | ) | |
| BOTTLING GROUP, LLC | ) | |
| | ) | |
| Defendant. | ) | |

DISTRICT COURT
F I L E D
APR 2 5 2018
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

### NOTICE OF CHANGE OF ADDRESS

Comes Now Counsel for the Plaintiff, J. Derek Ingle, to give Notice of his new contact information. Mr. Ingle's new contact information is now:

> J. Derek Ingle, OBA #16509
> BOETTCHER DEVINNEY INGLE & WICKER, PLLC
> 2202 East 49th Street, Suite 600
> Tulsa, Oklahoma 74105
> (918) 728-6500
> (539) 664-4129 fax
> Derek.Ingle@BDIWlaw.com

Please forward all future pleadings and notices to the above.

Respectfully submitted,

*/s/ J. Derek Ingle*

J. Derek Ingle, OBA #16509
BOETTCHER DEVINNEY INGLE & WICKER
2202 East 49th Street, Suite 600
Tulsa, Oklahoma 74105
(918) 728-6500
(539) 664-4129 fax
Derek.Ingle@BDIWlaw.com
*Attorneys for Plaintiff*